**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

IN THE INTEREST OF: N.M., A MINOR : No. 749 MAL 2019
                                   :
                                   :
PETITION OF: N.M., A MINOR         : Petition for Allowance of Appeal
                                   : from the Order of the Superior Court


## ORDER


**PER CURIAM**

    **AND NOW**, this 14th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.